

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00123-CR

WILLIAM DAVIS WRIGHT                                                    APPELLANT

V.

THE STATE OF TEXAS                                                              STATE

----------

### FROM COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY
### TRIAL COURT NO. 67416-F

----------

## MEMORANDUM OPINION[1]

----------

In July 2017, the trial court signed a judgment reciting that a jury had found appellant William Davis Wright guilty of driving while intoxicated. The judgment stated that the court had assessed punishment of 270 days' confinement but had suspended the sentence's imposition while placing Wright on probation for two

---

[1]*See* Tex. R. App. P. 47.4.

years. Wright timely filed a motion for new trial in August 2017 and timely filed a notice of appeal in September 2017. *See* Tex. R. App. P. 21.4(a), 26.2(a)(2).

We did not receive the notice of appeal from the county clerk until March 2018. After we received the notice of appeal, the county clerk and the trial court's court reporter each informed us that Wright had not requested or arranged to pay for the preparation of a record.

Accordingly, we sent Wright a letter informing him that he had not arranged for the preparation of the record and that we would dismiss his appeal unless he did so by June 25, 2018. *See* Tex. R. App. P. 44.3. He has not responded to our letter and has not arranged for the preparation of the record. Therefore, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 43.2(f); *Sutherland v. State*, 132 S.W.3d 510, 512 (Tex. App.—Houston [1st Dist.] 2004, no pet.).

/s/ Wade Birdwell
WADE BIRDWELL
JUSTICE

PANEL: SUDDERTH, C.J.; WALKER and BIRDWELL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 9, 2018